**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL AND REINFORCING IRON WORKERS LOCAL UNION NO. 1 OF CHICAGO, ILLINOIS, | ) | Case No. 26 CV 9887 |
| Plaintiff, | ) | Honorable Judge Kennelly |
| vs. | ) | Magistrate Judge Jantz |
| MECCOR INDUSTRIES, LTD., an Illinois Corporation, | ) | |
| Defendant, | ) | |

**UNOPPOSED MOTION TO SUBSTITUTE COUNSEL**

By and through their current counsel and proposed new counsel of record, Defendant, Meccor Industries, Ltd. ("Defendant"), moves this honorable Court for leave to withdraw the appearances of Christina Krivanek Wernick and Megan Moore Wilkes of Laner Muchin, Ltd., and substitute Christina Krivanek Wernick and Megan Moore Wilkes of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., as counsel pursuant to L.R. 83.17. In support thereof, Defendant states as follows:

1. Attorneys Christina Krivanek Wernick and Megan Moore Wilkes of Laner Muchin, Ltd., appeared this matter on behalf of Defendant on September 11, 2026, and asked for an extension of time to answer or otherwise plead to Plaintiffs' Complaint.

2. On September 12, 2026, this Court granted Defendant's Motion for Extension of Time to Answer or Otherwise Plead.

3. Christina Krivanek Wernick and Megan Moore Wilkes have left the law firm of Laner Muchin, Ltd., as of September 23, 2026.

4. Accordingly, Christina Krivanek Wernick and Megan Moore Wilkes of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., ask that they be substituted as counsel of record for Defendant.

5. The undersigned proposed counsel for Defendant have conferred with counsel for Plaintiff, Jeffrey Krol of Johnson & Krol, LLC, and Plaintiff's counsel has indicated no objection to this motion.

WHEREFORE, Defendant respectfully requests this Court grant the foregoing motion for substitution of counsel

Dated: September 29, 2026

Respectfully submitted,

By: */s/ Megan Wilkes*
One of the Attorneys for Defendant
**MECCOR INDUSTRIES, LTD.**

Christina Krivanek Wernick (ARDC No. 6286644)
Megan Moore Wilkes (ARDC No. 6317238)
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
155 N. Wacker Drive, Suite 4300
Chicago, IL 60606
Telephone: 312.558.1220
Facsimile: 312.807.3619
*christina.wernick@ogletree.com*
*megan.wilkes@ogletree.com*